CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 28 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KARIEF YOUMANS,<br>Petitioner, | )<br>)<br>) | Civil Action No. 7:06CV00209 |
| v. | )<br>) | **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN,<br>Respondent. | )<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 28th day of April, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge